UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

FIRAS ALSALIBI                      :
                                         Civil Action 10-1996 (SDW)
                                    :
             Petitioner
    -vs-                            :              ORDER

UNITED STATES OF AMERICA            :

             Respondent             :

A petition to vacate, set aside or correct sentence pursuant to 28 USC 2255, having been filed in the above matter;

IT IS on this 8th day of September, 2010

O R D E R E D that the respondent(s) United States of America and the Attorney General of the United States file an answer within 60 days of today's date, accompanied by a certified copy of all briefs, appendices, opinions, process, pleadings, transcripts and orders filed in the proceedings under attack, or such of them as may be material to the questions raised in the petition.

_____
SUSAN D. WIGENTON, U.S.D.J.